AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JESSICA REYHER

Defendant

Case: 1:23-mj-00054
Assigned To : Harvey, G. Michael
Assign. Date : 3/8/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  JESSICA REYHER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

JESSICA REYHER Charges:
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings;
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings.

Date: 03/08/2023

G. Michael Harvey  *Digitally signed by G. Michael Harvey  Date: 2023.03.08 13:27:40 -05'00'*

*Issuing officer's signature*

City and state:  Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3-8-2023, and the person was arrested on *(date)* 3-15-2023
at *(city and state)* INDIANAPOLIS, INDIANA

Date: 3-15-2023

George Paz
*Arresting officer's signature*

SA GEORGE PAZ, FBI
*Printed name and title*