UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                             )<br>)<br>RICHARD COOK, et al.,                 )<br>)<br>    Defendants.                            )<br>)| Criminal Action No. 23-138 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on September 11, 2023, via videoconference, it is hereby

**ORDERED** that, on October 18, 2023, at 2:30 p.m., the parties shall appear before the Court for a status hearing, via videoconference.[1] It is further

**ORDERED** that jury selection and trial of this case shall commence on April 29, 2024, at 9:00 a.m. It is further

**ORDERED** that, with the consent of defendant Richard Cook, the time from September 11, 2023, until October 18, 2023, is excluded under the Speedy Trial Act, to allow the parties additional time to engage in plea negotiations and work toward a potential pre-trial resolution of this case. It is further

**ORDERED** that, with the consent of defendant Jonathan David Grace, the time from September 11, 2023, until October 18, 2023, is excluded under the Speedy Trial Act, to allow the

---

[1] In the event that any of the parties reach a plea agreement prior to the October 18, 2023 status hearing, those parties shall notify the Court on or before October 9, 2023, to request that the status hearing be converted into a guilty plea hearing. If the hearing is converted to a guilty plea hearing, those defendants entering a guilty plea shall submit the necessary paperwork to the Court on or before October 16, 2023, and shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

parties additional time to engage in plea negotiations and work toward a potential pre-trial resolution of this case. It is further

**ORDERED** that, with the consent of defendant William Patrick Sarsfield III, the time from September 11, 2023, until October 18, 2023, is excluded under the Speedy Trial Act, to allow the parties additional time to engage in plea negotiations and work toward a potential pre-trial resolution of this case. It is further

**ORDERED** that, with the consent of defendant Jessica Reyher, the time from September 11, 2023, until October 18, 2023, is excluded under the Speedy Trial Act, to allow the parties additional time to engage in plea negotiations and work toward a potential pre-trial resolution of this case. It is further

**ORDERED** that, with the consent of defendant Arthur Reyher, the time from September 11, 2023, until October 18, 2023, is excluded under the Speedy Trial Act, to allow the parties additional time to engage in plea negotiations and work toward a potential pre-trial resolution of this case.

**SO ORDERED** this 12th day of September, 2023.

/s/ Reggie B. Walton<br>
REGGIE B. WALTON<br>
United States District Judge