IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 23-cr-138-4 RBW |
| | : | |
| v. | : | 18 U.S.C. § 231(a)(3) |
| | : | |
| JESSICA REYHER, | : | |
| | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, JESSICA REYHER, with the concurrence of her attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, S.E., in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

1

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 PM, the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the USCP's ability to perform their federally protected function to protect the U.S. Capitol building and its occupants.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol--including the danger posed by individuals who had entered the Capitol without any security screening or weapons check--Congressional proceedings could not resume until after every unauthorized occupant had left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *JESSICA REYHER's Participation in the January 6, 2021, Capitol Riot*

8. On January 6, 2021, JESSICA REYHER marched to the Capitol Grounds and made her way to the Lower West Terrace, joining a group of rioters who attempted to violently push their way past law enforcement officers guarding the Lower West Terrace Tunnel (tunnel) of the Capitol.

9.      At about 2:43 PM, just as rioters had broken through the doors inside the tunnel, JESSICA REYHER entered the tunnel alongside her husband and co-defendant ARTHUR REYHER. Immediately, JESSICA REYHER joined other rioters in chanting.





10.     JESSICA REYHER quickly pushed her way to the front of the pack of rioters in the tunnel.  Around 2:46 PM, JESSICA REYHER, still at the front of the mob of rioters attempted to push past the officers in the tunnel.

11.     Around 2:50 PM, rioters, including JESSICA REYHER, started coordinated pushes against the officers. One rioter coordinated the mob by making "1, 2, 3" gestures with his hand

and yelling "PUSH!"  JESSICA REYHER and the mob joined their body weight to push against the officers.

12. At about 2:51 PM, the officers gained ground in the tunnel, as they coordinated a counter push.  The mob of rioters appeared to fall back toward the mouth of the tunnel. At about 2:52 PM, JESSICA REYHER moved to the side of the tunnel and, as police officers progressed forward, turned to exit the tunnel.



13. Shortly after, at about 3:01 PM, JESSICA REYHER reapproached the archway of the tunnel.



14. At about 3:04 PM, JESSICA REYHER re-entered the tunnel and pushed her way to the front of the pack of rioters. JESSICA REYHER once again joined other rioters and used her body weight to push in unison with the rioters against police officers.



15. At approximately 3:05 PM, a chemical irritant was sprayed inside the tunnel. JESSICA REYHER covered her face and exited the tunnel, but remained near the archway as other rioters requested the crowd to pass stolen riot shields to the rioters inside the tunnel to make a "shield wall."



16. At approximately 3:08 PM, as ARTHUR REYHER and JESSICA REYHER stood outside the tunnel, ARTHUR REYHER yelled "PUSH!" and patted rioters on the back as they entered the tunnel.



17.     Shortly thereafter, another individual came out of the tunnel and yelled several times, "We are almost through!" ARTHUR REYHER exclaimed "PUSH!" and "OUR HOUSE!" At that point, another rioter turned to ARTHUR REYHER and JESSICA REYHER and said, "hey guys, are you going in or not?"

18.     Around 3:12 PM, ARTHUR REYHER and JESSICA REYHER rushed into the tunnel for the third time. Almost immediately upon entering the tunnel, JESSICA REHYER joined the collective efforts to push against the police line.



19.     As JESSICA REYHER and the rioters thrusted their collective body weight into the officers, one officer could be heard screaming in agonizing pain as he was smashed between a shield and a metal door frame.



20. Rioters then passed stolen police shields to the front of the pack of rioters inside the tunnel. Rioters were chanting, "SHIELD WALL!" Rioters used those shields to make a shield wall and to assault officers.

21. After her third time in the tunnel, JESSICA REYHER exited the tunnel.

### *Elements of the Offense*

22. The parties agree that Civil Disorder, 18 U.S.C. § 231 requires the following elements:

   a. First, the defendant knowingly committed an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.

   b. Second, at the time of the defendant's act, the law enforcement officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

   c. Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

### *Defendant's Acknowledgments*

23. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that she obstructed, impeded, or interfered with law

enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which adversely affected commerce and the performance of a federally protected function.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:   *Ashley Akers*
          Ashley Akers
          Trial Attorney
          MO Bar No. 69601
          Capitol Siege Section
          U.S. Attorney's Office
          District of Columbia
          Phone: 202-353-0521
          Email: Ashley.akers@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

  I, JESSICA REYHER, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/10/2023

_____
Jessica Reyher
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

  I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/10/2023

_____
Elizabeth Mullin
Attorney for Defendant