# EXHIBIT 1: LETTERS IN SUPPORT OF JESSICA REYHER

Dear Judge Walton,

Our names are Fred and Carrisa Brent. Fred is a forklift operator at FedEx. I am a Compliance Specialist for TWG Management. Jessica is my brother Adam's wife. Jessica has been in our family for 20 years; she is our sister. As I write I will tell you about who Jessica is.

Jessica wears so many hats in her family. Jessica is a wife; she has been married to our brother for almost 20 years, taking care of him and the household. She is a mother, has 4 beautiful, respectful and caring children. 3 of which are girls that need their mother. She is a teacher to 3 of her children as they have been home schooled since 2020. She is a caretaker, has been taking care of her mother for over 2 years since she became sick. She is a business partner, helps with their family's business; invoicing, scheduling, payroll, keeps up with all their digital/social accounts and everything else in between. She is a sister, has always been there for her sisters, when we needed babysitters to work, she never hesitated or questioned when we called to ask for help. She never asked or expected anything in return.  She started the Reyher Ranch when they stumbled upon an abused horse. She could not just leave the horse there. Her passion she has for the animals and wanting to help them. This is the compassion that she has for everyone in her life. There are probably so many other hats Jessica wears that I may not know  of.

What happened on January 6th  is not true character of who Jessica is. She was there supporting her beliefs and to support Adam. I have talked with Jessica several times, she expresses her deepest remorse. She wishes she would have told Adam to leave when things started to get out of hand. She stayed by Adam's side in the large crowd for protection and did not want to get separated from him. They were never there to act on violence and wishes she could take this day back. She has never been in trouble with the law and not a threat or danger to society. I am asking for mercy and grace on Jessica's sentencing. Jessica needs to be there for her children, her mother, their business and their animals.

Thank you for your time,

Fred Brent

Dear Judge Walton,

My name is Amanda Fuentes. I am a product consultant buyer. I have been at my company for 13 years. I've known Jessica for just as long. Her sister n law Sarah Hunt and I met at my job. Over the years Jessica along with all of Sarah's family have become my second family. She has always been loving and caring towards me and my family. I am married with 2 daughters who are 1 and 5 years old. Jessica and her husband were our realtors two years ago when we decided to look for a home to buy. It was a crazy time in the housing market, and it took us about 6 months to find our home, but Jessica and her husband were so helpful and encouraging every step of the way. We learned so much about the process of buying a home. They knew how badly we wanted to find a new home to grow our family in. At the time we only had our first daughter, but we knew and prayed to give her a sibling soon. Finally, after 6 months of driving through many cities in Indiana and 12 offers later they helped us find the perfect home for us in Mooresville, IN. A week after moving in, we found out I was pregnant with our second daughter. During this entire time, Jessica showed us the patience and encouragement we needed to not give up on finding our home.

The main thing I have learned about Jessica over the years is that her family is very important to her. They are her entire world. Jessica is home schooling 3 of her 4 children. One of them has already graduated. She also helps take care of her sick mother who currently lives with her. She provides so much to her family and is needed tremendously. Her and her husband are animal lovers and have many types of animals they take care of and provide shelter for and continue rescuing. I don't believe in my heart that Jessica would be capable of harming anyone. What happened on January 6 was planned to be a peaceful protest. I am sure she did not know that it would get out of control. I have never known Jessica to be malicious in any way shape or form. The person the media has portrayed her to be is a false image created.

In conclusion, in my opinion the person she truly is and the fact that she's never been arrested nor convicted of any felony in her life should speak a lot about her character. Please reconsider her sentencing with her kids and mom in mind who are dependent on her daily. Children need their mothers nurturing and presence to flourish into healthy happy adults. God shows us mercy daily. I believe people deserve second chances.

Thank you for your time. God bless you.

Sincerely,

The Fuentes Family

Dear Judge Walton,

My name is Sarah Hunt and my husband's name is Jesse Hunt. We live in Camby, IN, I work for a local business as a Customer Account Manager. Jesse owns and operates a local tree service business. Jessica Reyher is my sister-in-law. I am writing this to tell you a bit about Jessi and what she means to us. Jessi is a very caring and dedicated mother and wife. She has a passion for helping animals.  She is the backbone in her family.

Jessi takes on many roles at home. She is mother, teacher, secretary, farmer, maid, cook, and wife. How she juggles so many tasks I will never know. Jessi has a heart of gold. She has rescued many animals. One in particular stands out. Her and my brother were driving in the country and come upon an abandoned horse. This horse was flesh and bones and matted fur. Jessi refused to leave it and so they loaded it in their van and took it home. This is how Reyher Ranch was started. They gave that horse a good last couple of years. This is the type of compassion Jessi has for everyone she meets.

She home-schools all 4 of the kids while also doing all the administrative work for all of the businesses her and my brother own. She also was his right hand in all of the real-estate dealing. She went to just about every house showing with my brother. Every client my brother had knew Jessi just as well as they knew him.

Her and my brother have been together a very long time and have built a beautiful family together. She has always stood beside my brother, and he has been her protector. This was no different on Jan 6th. She was there for something she believed in and more so to support Arthur. In a crowd that large there was no way Jessi was going to leave his side. So, she stayed with him and unfortunately, they ended up where they shouldn't have been. She would have never had made the decision to go this direction but she could not leave her protector in a sea of people in an unknown area.  Please grant Jessi leniency, she is extremely remorseful and wishes she could take that day back. She is by no means a danger or threat to anyone. It would be a disservice to her children and all of their animals to put her in jail for any amount of time.

Thank you,

*[signatures]*

To The Honorable Court,

I'm writing this character witness letter on behalf of Jessica and Adam Reyher, I have had the pleasure of knowing them for over 20 years and have had numerous opportunities to observe their character, behavior and personal qualities. They have been long time family friends, business partners, and considered extended family.

I have found Jessica and Adam Reyher to be exceptional individuals who consistently demonstrate admiral traits and qualities. They both as a couple and individually possess a strong sense of integrity, honesty, and moral values.

My friends, Adam and Jessica have 4 beautiful children. They are dedicated parents, their children all love and admire their parents, as I do. There have been multiple times in my life when as a single mother, I needed help. I once broke my hand and needed to move the next day. It was an impossible task as a mother of small children with no help. Adam came to my house when no one else did and helped me move my entire house.

Jessica has been and admired and supportive friend, she always has been there for me without judgement, and full of love and care. She is a wonderful mother, who homeschools her children, spends quality time with them, showing them family values and love. They need her in their life.

When my step mom Anita was ill, they always visited and made sure that she never needed anything. They would often show up and visit and always ask if there was anything they could do for her.  When she subsequently passed away, they were at her funeral offering care and love and support to me, my sister my children, and my father.

Adam has been known to give the downtrodden chances. He owns a family business and when his friends are in need of employment, he not only hires them for jobs, he gives them the jobs. When his friends and family are in need. He is there. When my electricity was out for several days he came to my rescue with a power generator so that myself and my children were able to keep the food in our refrigerator that I could not financially replace.

Jessica takes care of not only her children,  but her family. Her father recently passed and she was there everyday. Selflessly taking care of her father until he passed. Her mother has been ill many times and no matter what, Jessica is there. Jessica's mother is still ill and currently lives with them as she needs Jessica to be there to care for her. She takes care of her own family but loves and cares for others.

Many times in my life I have need a friend and support, she is always there with a kind word, encouragement and love.  Because she is such a great person, her character and personality shines from each of her four children, and they too are wonderful young people.

I ask that you please see Jessica and Adam Reyher for the dedicated parents, family members and friends that I know and love. Please know that their children need their continued guidance and love and support. I ask that you please show leniency in the sentencing of my dear friends and take into consideration the effect that a harsh sentence might put on the lives of their young children and the family and friends that need them.

Thank you very much for your time and consideration. I am available to confirm the facts in this letter as necessary.

Bethany Clark

█████████████
███████████████
████████
███████████████████

Dear Judge Walton,

Arthur Reyher and Jessica Reyher? Oh, you mean Mommy and Daddy. That's what I called them when I was five, when running around and falling was my greatest talent. That's okay though, mommy and daddy were always there to pick me up, brush off the dirt, and kiss my 'boo-boo'. "Keep going," they'd say, "you're okay."

Criminals? Oh, you mean Mom and Dad. The people I turn to with any problem, even the minor ones, because I know they've always got my back. Dad, the one who found out I wanted to play drums in a band, so he bought me a double bass drum kit to show support and help pursue my new-found passion. But drums are harder than I thought and now I'm feeling doubt. That's okay though, Dad is there to give me words of encouragement, help me find an easier song, and applaud tiny improvements. "Keep going," he says, "it sounds great." Mom, the one who sees me struggle with algebra, so she pats me on the back, tells me to take a deep breath, and sits down to help me figure it out. "Keep going," she says, "we'll figure it out."

But if they weren't there, my number one supporters, then who would I turn to in times of need? Sure, I could ask my brother for comfort, but nothing beats the teddy-bear hug from a father whose chest you slept on. And sure, I could turn to Grandma for words of wisdom, but nothing beats the voice of a mother whose lullabies you fell-a-sleep to.

And what of my sisters? I may be almost an adult now, but they've still got years left of their young lives, years they'll need to turn to Mom and Dad for the same problems I had that Mom and Dad fixed. I'm not sure I, or anyone else, would be able to solve those young tragedies as well as them.

Terrorists? No. Jess and Adam, Mom and Dad, Sis and Brother, Home. The only safe place I have to go to, the only open arms I know will never close, the only bright and warm smiles I look for in a crowd, two faces I've seen day in and day out for the past sixteen years I've been on this earth. Two familiar presences I don't want ripped from me and my siblings, now or ever. "Keep going," I say to them now, "we'll get through this together."

Arthur Reyher and Jessica Reyher do NOT belong in federal prison, your honor. They belong home with the people who rely on them for anything and everything. Thank you.

Sincerely,
Elizabeth Reyher

Mrs. Tonya Rabideau



Dear Judge Walton,

I am writing to attest to the character of my daughter-in-law Jessica Marie Reyher.

I have known Jessi since she was a teen and lived a few houses down from my parents. My son Adam often visited his grandparents and became friends with Jessi and her sister. She was a well-mannered girl who did well in school. She has never been in any legal trouble.

Jessi and my son Adam rekindled their friendship and fell in love a short while after Jessi graduated high school. They married and started a family. They now have four beautiful children and have been married for 19 years. Jessi is a devoted wife and mother.

There is nothing I can say to express how I love Jessi and think of her as my daughter. She has struggled right along with my son as they started their family and then as they decided to take a risk and start their own business. She works the administrative side of their business. Her role is the crucial to their day to day business.

Jessi is dedicated to being a wife and mother. Her family is everything to her. Since the pandemic their family decided that it would be best to home school their children. I admire her for taking this on along with running a business and a household.

Jessi has a very strong relationship with her family. Her mother has lived with them for almost a decade now. Unfortunately her health is failing and Jessi must also provide care for her. Jessi has always felt it important to help when a family member is in need. They have often provided temporary housing when needed.

I have discussed January 6th and she does express how terrible feels that she and Adam stayed once the crowd's action got out of control. She was scared for her own safety as well and didn't want to be separated from Adam. As they look back now she wishes they would have just left. She is deeply embarrassed to be associated with that day. She understands that we cannot have rule by mob in this country. I can tell you it was never her intention to be a part of something associated with that idea.

I hope that you will please consider that Jessi needs to be home for her kids and to assist with their education and to care for her mother. Thank you.

Sincerely,

Mrs. Tonya Rabideau