**EXHIBIT 2: LETTER TO THE COURT FROM JESSICA REYHER**

Dear Judge Walton,

My name is Jessica Reyher and I apologize formally to police officers and my country for being part of the crowd on January 6 that made it hard for police officers to protect the Capitol. I wasn't there for Trump, I did not even vote for him. I believed then that there had been election fraud and I just wanted our voices to be heard for a fair election. I came to D.C. thinking it would be a peaceful protest. I never intended to hurt anyone. I realize now that I believed reports about election fraud that I should have questioned. But even if there was election fraud, we should not have done what we did. I went too far. Looking back, I would have done things differently and never been part of such a devastating day. To be labeled a traitor and have my life threatened from complete strangers puts things into perspective. Emotions were high that day and I got caught up in the atmosphere around me.

This is said in no way an excuse or justification for my actions. I take full responsibility for my actions, and I hope you can trust I will never do anything like that again.


Sincerely,
Jessica Reyher