# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSICA REYHER,<br><br>            Defendant. | Crim. Action No. 1:23CR138 |

### MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM WITH REDACTION

Jessica Reyher, through undersigned counsel, respectfully moves this Court for permission file limited portions of the defense Memorandum in Aid of Sentencing under seal pursuant to Local Criminal Rule 5.1(h). Counsel further moves for permission to file the Memorandum without redaction under seal. In support of this Motion, counsel states:

1. Ms. Reyher will be before the Court for sentencing on February 27, 2024.

2. Defense counsel has filed Ms. Reyher's Memorandum in Aid of Sentencing, (ECF. No. 139) with limited redaction (one brief paragraph). The redacted paragraph contains sensitive information about Ms. Reyher.

3. Counsel seeks leave to file the Memorandum without redaction under seal.

4. The Court has the inherent power to seal materials submitted to it. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *Times Mirror Company v. United States*,

873 F.2d 1210 (9th Cir. 1989); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) (the trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests).

5. Because the redacted portion contain sensitive information, counsel moves to seal those portions and to file a Memorandum *without redaction* under seal.

                              Respectfully submitted,

                              A. J. Kramer
                              Federal Public Defender

                              _____/s/_____
                              Elizabeth Mullin
                              Assistant Federal Public Defender
                              625 Indiana Ave NW, Suite 550
                              Washington, D.C. 20004
                              (202) 208-7500