IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 1:23CR138(RBW) |
| **JESSICA REYHER** ) ) | |

## SEALING ORDER

This matter having come before the Court on the defendant's Motion to Seal pursuant to Local Criminal Rule 5.1(h) and for good cause shown, the Court finds that sealing is necessary in order to safeguard confidential information, as well as other sensitive personal information, pertaining to Jessica Reyher.

For the foregoing reasons it is hereby ORDERED that the defendant's Motion to Seal is grated, and it is FURTHER ORDERED that the defendant may file her Memorandum in Aid of Sentencing with limited portions redacted and the defendant may file her Memorandum without redaction under seal.

Entered this _____ day of _____, 2024.

_____
Honorable Reggie B. Walton
United States District Judge