UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JESSICA REYHER, )<br>)<br>          Defendant. )<br>) | Criminal Action No. 23-138-4 (RBW) |

## ORDER

Upon consideration of the defendant's Motion for Leave to File Sentencing Memorandum with Redaction, ECF No. 141, it is hereby

**ORDERED** that the defendant's Motion for Leave to File Sentencing Memorandum with Redaction, ECF No. 141, is **GRANTED**. It is further

**ORDERED** that the defendant's Memorandum in Aid of Sentencing, ECF No. 139, is **ACCEPTED AS FILED**. It is further

**ORDERED** that the defendant shall file her Memorandum in Aid of Sentencing, ECF No. 139, without redaction under seal.

**SO ORDERED** this 21st day of February, 2024.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge